### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| DARTS THREE, INC. DBA MONTESSORI ACADEMY OF VALPARAISO, | ) ) ) | Case No. 18-cv-353 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PHILADELPHIA INDEMNITY INSURANCE CO., | ) ) ) | *Removed from the Superior Court of Porter County,* |
| Defendant. | ) ) | *Cause No. 64D01-1806-CC-006186* |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446, Defendant, Philadelphia Indemnity Insurance Company, by and through its undersigned counsel, HeplerBroom, LLC, hereby removes this action from the Superior Court of Porter County, Indiana, to the United States District Court for the Northern District of Indiana.  Removal is warranted under 29 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1332 as there is complete diversity of the parties and the amount in controversy exceeds $75,000.00.  In support of its Notice of Removal, Defendant states as follows:

### BACKGROUND

1.      On June 29, 2018, Plaintiff, Darts Three, Inc. DBA Montessori Academy of Valparaiso, filed Cause Number 64D01-1806-CC-006186 in the Superior Court of Porter County, Indiana.  (A true and accurate copy of the Complaint is attached with the State Court Record and incorporated as Ex. A).

2.      In its Complaint, Plaintiff alleges, *inter alia,* a cause of action for breach of contract, consequential damages, and bad faith against Philadelphia Indemnity Insurance Co. related to a

February 14, 2018, weather event and resulting claim for benefits under Policy No. PHPK1692579. (Ex. A, Complaint, ¶¶ 2 and 4).

3.      Plaintiff requested a trial by jury in its Complaint.  Defendant has not filed a responsive pleading prior to filing this Notice of Removal. (Ex. A).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

4.      The Superior Court of Porter County, Indiana, the Court in which this action is pending, is located within the jurisdiction of the United States District Court for the Northern District of Indiana, Hammond Division.  *See* 28 U.S.C. § 94(a)(3).  Venue is therefore proper in this Court, pursuant to 28 U.S.C. § 1441(a).

5.      Pursuant to the provisions of 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the clerk for the Superior Court of Porter County and will serve a copy of the same upon Plaintiff's counsel.

6.      Pursuant to 28 U.S.C. § 1446(a), a full copy of the State Court Record, including all process, pleadings, and orders that have been served upon Defendant, is attached as Exhibit A.

## DIVERSITY OF CITIZENSHIP EXISTS

7.      A corporation is a citizen of every state in which it is incorporated and where it has its principal place of business.  28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

8.      The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because it is a civil action between corporations that are incorporated and have principal places of business in different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

*The Parties are Citizens of Different States*

9.      At all times relevant, Plaintiff was a corporation organized and existing under the laws of the State of Indiana with its principal place of business located at 505 Marquette St., Valparaiso, Indiana, 46383. (A true and accurate copy of the Indiana Secretary of State record for Plaintiff is attached and incorporated as Exhibit B).  At all relevant times, Plaintiff was a citizen of Indiana.

10.      At all times relevant, Defendant was a corporation duly organized and existing under the laws of the Commonwealth of Pennsylvania with its principal place of business located at One Bala Plaza, Ste. 100, Bala Cynwyd, Pennsylvania, 19004.  (A true and accurate copy of the Pennsylvania Secretary of State record is attached and incorporated as Ex. C).  At all relevant times, Defendant was a citizen of Pennsylvania.

11.      Here, diversity is complete because Plaintiff and Defendant are incorporated, and have their principal places of business in, different states—Plaintiff is a citizen of Indiana; Defendant is a citizen of Pennsylvania.

*The Amount in Controversy Exceeds $75,000.00*

12.      In its Complaint, Plaintiff seeks an amount in excess of $75,000.00, exclusive of costs and interests, against Defendant. *See e.g.* Ex. A, ¶ 6.

*The Notice of Removal is Timely*

13.      Defendant was served with a copy of the Summons and Complaint on August 29, 2018. (A true and accurate copy of the Notice of Return of Service is attached with the State Court Record and incorporated as Ex. A).

14.      This Notice of Removal is filed within 30 days after Defendant's receipt of the Summons and Complaint on August 29, 2018.  As a result, the notice of removal is timely filed under 28 U.S.C. § 1446(b)(1).

3

**CONCLUSION**

15.     Based on the foregoing, the amount in controversy is in excess of $75,000, and the matter is between citizens of different states.  Therefore, the instant dispute is properly removable pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

16.     After filing the original notice of Removal, Defendant will provide written notice of the same to Plaintiff and the Clerk of the Superior Court of Porter County, Indiana. (True and accurate copies of the Notice to State Court and Notice to Opposing Counsel are attached and incorporated as Ex. D).

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Philadelphia Indemnity Insurance Company, a Pennsylvania insurance company, hereby removes this case from the Superior Court of Porter County, Indiana, to the United States District Court for the Northern District of Indiana for all further proceedings in this matter.

**Defendant further requests a trial by jury on all counts of Plaintiff's Complaint.**

Respectfully submitted,

Philadelphia Indemnity Insurance Company

By:     /s/ Rick Hammond
Rick Hammond, #19044-45
Justin Curtis, # 28517-45
HeplerBroom, LLC
2929 Carlson Dr., Ste. 304
Hammond, IN 46323
219-427-5562
rick.hammond@heplerbroom.com
justin.curtis@heplerbroom.com
*Attorneys for Defendant*

4

**PROOF OF SERVICE**

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.  A copy of the same has been emailed to the

following individual on the same date:

Kevin Marshall
192 Bracken Parkway
Hobart, IN 46342
219-942-9700
kevinmarshallatlaw@comcast.net
*Attorney for Plaintiff*


          /s/ Rick Hammond
Rick Hammond, #19044-45
HeplerBroom, LLC
2929 Carlson Dr., Ste. 304
Hammond, IN 46323
312-427-5562
rick.hammond@heplerbroom.com