UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DART THREE, INC. d/b/a MONTESSORI ACADEMY OF VALPARAISO<br>    Plaintiff | )<br>)<br>)<br>) |
| VS. | ) CASE NO. 2:18-CV-00353-JVB-JEM |
| | ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>    Defendant | )<br>)<br>) |

## MEDIATOR'S REPORT

Comes now David L. Abel, II, mediator, and represents that a mediation session was conducted on November 14, 2019. The parties reached agreement for settlement of all claims.

    Respectfully submitted,

    /S/ David L. Abel, II_____
    DAVID L. ABEL, II
    Atty. No. 2316-45
    PO Box 247.
    Valparaiso, IN 46384
    Tel. (219) 241-2260
    Email: david.abel.law@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 20, 2019, he caused to be filed, electronically, the above and foregoing, which sent notice of such filing to each attorney as disclosed by the Court's record. A copy of such filing may also be viewed at www.innd.uscourts.gov.

    /S/ David L. Abel, II_____
    DAVID L. ABEL, II (2316-45)