UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DARTS THREE, INC. DBA MONTESSORI ACADEMY OF VALPARAISO, ) ) ) ) Plaintiff, ) ) v. ) ) PHILADELPHIA INDEMNITY INSURANCE ) CO., ) ) Defendant. ) | Case No. 2:18-cv-00353-JVB-JEM<br><br>*Removed from the Superior Court of Porter County,*<br>*Cause No. 64D01-1806-CC-006186* |

### MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff by counsel, Kevin W. Marshall, moves the Court for an Order directing the Defendant, Philadelphia Indemnity Insurance Company to complete the settlement reached by the parties on November 14, 2019, by its terms to be completed by December 14, 2019, and in support shows the Court:

1. On November 14, 2019, the parties attended Mediation and settled for $125,000.00, with 30 days to complete the settlement, a copy of the mediation agreement is attached as Exhibit 1.

2. The mediation terms were negotiated over a significant period of time, including the time to complete the settlement.

3. Plaintiff is aware of this Court's Order to complete the settlement by January, but as of December 19, 2019 no movement has taken place, for example Plaintiff has not yet received a release to sign.

4. Plaintiff seeks an Order requiring Philadelphia Indemnity to complete the settlement or be subject to attorney fees and costs associated with the mediation agreement's enforcement.

1

5. Philadelphia Indemnity seeks to add additional terms not agreed in mediation, including confidentiality and disparagement which are not part of the settlement terms in Exhibit 1.

6. Plaintiff is without any other legal recourse to get the settlement completed.

7. After many emails to defense counsel and no settlement check or release to sign, Plaintiff has no recourse other than this motion to enforce settlement.

8. Plaintiff is without sufficient funds to pay attorney fees and the cost for pursuing the completion of the settlement.

WHEREFORE, Plaintiff respectfully request that the Court enter and order directing the Defendant to appear and show cause why they should not be held in contempt for failing to complete the settlement, for attorney fees for bringing this petition, for cost and for all other just and proper relief.

Respectfully submitted,

/s/Kevin W. Marshall
Kevin W. Marshall, #11624-71
192 Bracken Parkway
Hobart, IN 46342
219-942-9700
kevinmarshallatlaw@comcast.net

**CERTIFICATE OF SERVICE**

I certify on December 19, 2019, I electronically filed the foregoing pleading or paper with the Clerk of the Court using the ECF System, which sent notification of such filing to all active counsel of record.

/s/Kevin W. Marshall