UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

DARTS THREE, INC. d/b/a MONTESSORI )
ACADEMY OF VALPARAISO )
    Plaintiff )
)
vs. )
)
PHILADELPHIA INDEMNITY ) CASE NO. 2:18-CV-00353-JVB-JEM
INSURANCE COMPANY )
    Defendant )
)
SERVPRO OF BENTON, JASPER, )
NEWTON AND SOUTHERN LAKE )
COUNTIES )
    Non-party )

## MEDIATION SETTLEMENT AGREEMENT

    The Defendant, Philadelphia Indemnity Insurance Company, agrees to pay, and the Plaintiff, Darts Three, Inc. d/b/a Montessori Academy of Valparaiso, agrees to accept, $ 125,000.00 , in full and final settlement of all claims of the Plaintiff against the Defendant.

    The Plaintiff, Darts Three Inc. d/b/a Montessori Academy of Valparaiso, agrees to pay, and the Non-party, Servepro of Benton, Jasper, Newton and Southern Lake Counties, agrees to accept, $ 55,000.00 , in full and final settlement of all claims of said Non-party against the Plaintiff.

The Plaintiff assumes responsibility for payment and discharge of any and all liens and/or subrogation claims. Release and dismissal documents for the payment by the Defendant to the Plaintiff will be prepared by counsel for the Defendant. Release documents for the payment by the Plaintiff to the Non-party will be prepared by counsel for the Plaintiff. Settlement will be completed within thirty (30) days. The mediator's billing will be paid 1/3 by the Plaintiff and 1/3 by the Defendant , and 1/3 by the Non-party. Each will make payment of their share within thirty (30) days after receipt of the mediator's billing by their respective attorneys.

DATE 11/14/19

*See Attached Addendum [signatures]

_____
DAVID L. ABEL, Mediator

_____
For Plaintiff DARTS THREE, INC.

_____
KEVIN W. MARSHALL, Attorney
For Plaintiff DARTS THREE, INC.

_____
For Defendant PHILADELPHIA
INDEMNITY INSURANCE CO.

_____
JUSTIN CURTIS, Attorney for Defendant
PHILADELPHIA INDEMNITY INS. CO.

_____
For Non-party SERVPRO

_____
NICOLE KUJAWA, Attorney for Non-party
SERVPRO

Darts 3 Exhibit 1

## ADDENDUM

The total settlement amount of all claims is $125K. Plaintiff agrees to pay ServPro $55,000.00 out of the total settlement amount.

All litigation between Darts Three, Inc. d/b/a Montessori Academy of Valparaiso and Philadelphia Insurance Company arising out of the claim, the lawsuit, Case No. 2-18-CV-00353 or the February 14, 2018 weather event is completely settled and will be dismissed with prejudice upon payment of the settlement amount.

All litigation between Darts Three, Inc. d/b/a/ Montessori Academy of Valparaiso and Burton Enterprises LLC d/b/a ServPro of Benton, Jasper, Newton and Southern Lake Counties arising the lawsuit, Cause No. 64D02-1905-PL-5013 or the February 2018 weather events is completely settled and will be dismissed with prejudice upon payment of $55,000.00 from Darts Three, Inc. d/b/a/ Montessori Academy of Valparaiso.