UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DARTS THREE, INC. DBA MONTESSORI ACADEMY OF VALPARAISO, | ) ) ) | Case No. 2:18-cv-00353-JVB-JEM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PHILADELPHIA INDEMNITY INSURANCE CO., | ) ) ) | *Removed from the Superior Court of Porter County,* |
| Defendant. | ) | *Cause No. 64D01-1806-CC-006186* |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, **DARTS THREE, INC d/b/a MONTESSORI ACADEMY OF VALPARAISO**, and Defendant, **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** by and through their respective counsel, and hereby stipulate and agree to dismiss the above-referenced matter with prejudice, all matters having been settled, which were brought, or which could have been brought, each party to bear their own costs.

Respectfully submitted,                              Respectfully submitted,

By:   /s/ Kevin Marshall_                    By:    /s/ Justin Curtis_
Kevin Marshall, # 11624-71                        Justin Curtis, # 28517-45
Kevin Marshall Law                                HeplerBroom, LLC
192 Bracken Parkway                               2929 Carlson Dr., Ste. 304
Hobart, IN 46342                                  Hammond, IN 46323
Tel.: 219-942-9700                                Tel.: 219-427-5562
kevinmarshallatlaw@comcast.net                    justin.curtis@heplerbroom.com
*Attorney for Plaintiff*                          *Attorney for Defendant*